IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VACATION CLUB SERVICES, INC.
    Plaintiff,

v.                                                      CASE NO.:  6:10-CV-247-ORL-31-GLK

GIOVANNI RODRIGUEZ and GLOBAL
RESORT MANAGEMENT, LLC
    Defendants.
_____/

### DEFENDANT, GLOBAL RESORT MANAGEMENT, LLC'S MOTION FOR PROTECTIVE ORDER AND OBJECTION TO A PORTION OF REQUESTED PRODUCTION DUCES TECUM

**COMES NOW** the Defendant, GLOBAL RESORT MANAGEMENT, LLC, by and through its undersigned counsel, pursuant to Rule 30(b)(2) and Rule 34(b)(2)(C), <u>Federal Rules of Civil Procedure</u>, and hereby objects to the following portions of Plaintiff's Amended Notice of Taking Rule 30(B)(6) Deposition Duces Tecum of Defendant Global Resort Management, LLC, certificate dated February 26, 2010, for the scheduled deposition in this case of the corporate representative of Global Resort Management, LLC (the "Company"):

    **1.**    Any and all financial data regarding sales and income figures from legitimate corporate operations, all corporate banking information and all related corporate income and loss and profit statement data.

    **2.**    All contracts and contact information described in items 5 and 6 and/or 10 of the duces tecum list to the extent such disclosure invades Defendant's confidential and/or proprietary sales and operations in the ordinary course of business from legitimate business operations of the Company.

    **3.**    Defendant respectfully alleges that whereas it lawfully possesses the legitimate and proper <u>F.S.</u> §721.121 data required for purchases of "leads" on the open market in the ordinary course of business, that its use of the data is or was lawfully authorized,

notwithstanding Plaintiff's allegations, and that disclosure of Defendant's confidential potential financial, customer, and sales figures and data to Plaintiff at this stage of the litigation is inappropriate.  It is either protected as proprietary and secret, and/or it is irrelevant at this point in that its potential probative value to the Plaintiff is outweighed by the risk of prejudice to the Defendant and the potential irreversible loss of the right of privacy of confidential business methods, means, and results afforded the Defendant under applicable law.

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2010, I electronically filed the foregoing Objection with the Clerk of this Court using CM/ECF.  I also certify that the foregoing document and attached computer diskette were delivered to the Clerk of the Court pursuant to the Court's instructions.  I further certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Philip F. Bonus
PHILIP F. BONUS, ESQUIRE
Florida Bar No.: 0347205
BONUS McCABE LAW FIRM
1115 E. Concord Street
Orlando, Florida 32803
Phone No.:  (407) 835-8811
Facsimile No.:  (407) 835-8868
Email:  pfb@bonusmccabe.com
Attorney for Defendant,
GLOBAL RESORT MANAGEMENT, LLC

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VACATION CLUB SERVICES, INC.
    Plaintiff,

v.                                          CASE NO.:  6:10-CV-247-ORL-31-GLK

GIOVANNI RODRIGUEZ and GLOBAL
RESORT MANAGEMENT, LLC
    Defendants.
_____/

## SERVICE LIST

John S. Lord, Jr., Esquire
Julie A. Angelini, Esquire
Foley & Lardner, LLP
111 North Orange Avenue, Suite 1800
Orlando, Florida 32801
Telephone No.: (407) 423-7656
Facsimile No.:  (407) 648-1743
Email:  jlord@foley.com
Attorney for Plaintiff,
VACATION CLUB SERVICES, INC.