UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| VACATION CLUB SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:10-CV-247-ORL-31-GJK |
| | ) | |
| GIOVANNI RODRIGUEZ and GLOBAL | ) | |
| RESORT MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, VACATION CLUB SERVICES, INC., gives notice of filing of the Proof of

Service of summons to Jeffrey Morris on March 8, 2010 at 11:05 a.m.


Dated:  March 15, 2010                              Respectfully submitted,


                                                    /s/ John S. Lord, Jr.  _____
                                                    John S. Lord, Jr. Florida Bar No. 0016527
                                                    Julie A. Angelini Florida Bar No. 0058138
                                                    Foley & Lardner LLP
                                                    111 North Orange Avenue, Suite 1800
                                                    Orlando, FL  32801-2386
                                                    407.423.7656
                                                    407.648.1743

                                                    Attorneys for Plaintiff,
                                                    VACATION CLUB SERVICES, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2010, a copy of the foregoing, with the above-referenced proof of service, was filed via EM/ECF with the Clerk of Court.


/s/ John. S. Lord, Jr._____

John S. Lord, Jr.

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  6:10-CV-247-ORL-31-GJK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JEFFREY MORRIS - Floridays Resort

was received by me on *(date)*  March 5, 2010  .

☒ I personally served the summons on the individual at *(place)*  12550 International Drive

Orlando, Florida 32821  on *(date)* 3/8/10 @ 11:05 A.M.

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 12, 2010         _____
                                               *Server's signature*

                             DAVID A. TAYLOR
                             *Printed name and title*

                             801 N. Magnolia Ave., Orlando, Fl  32803
                                          *Server's address*

Additional information regarding attempted service, etc: